In the Matter of the Petition of CHARLES L. CRAIG,
Appellant.
ALICE M. LONG, Respondent.

*Matter of Craig (Long)*, 171 App. Div. 218, affirmed.
(Argued January 9, 1917; decided January 23, 1917.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
February 11, 1916, which reversed an order of the New
York County Surrogate's Court granting an application
for the determination of an attorney's lien and denied such
application in a special proceeding instituted upon the peti-
tion of an attorney for the purpose of obtaining a deter-
mination of the value of professional services rendered
to the respondent, Alice M. Long, and directing how the
lien of the petitioner upon the share or interest of the
respondent in the estate and property of Samuel Long,
deceased, shall be enforced. The reversal by the Appel-
late Division was upon the theory that the lien asserted
was for services rendered outside of any action or special
proceeding.

*Charles L. Craig* and *James R. Deering* for appellant.

*William M. Seabury* for respondent.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, HOGAN,
CARDOZO and POUND, JJ. Absent: CHASE, J.

---

BROOKLYN BOROUGH GAS COMPANY, Respondent, *v.*
PUBLIC SERVICE COMMISSION FOR THE FIRST DISTRICT
et al., Defendants, and HARRY E. LEWIS, as District
Attorney of the County of Kings, Appellant.

*Brooklyn Borough Gas Co.* v. *Public Service Commission*,
175 App. Div. 684, affirmed.
(Submitted January 9, 1917; decided January 23, 1917.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-